1  Michele Ballard Miller (SBN 104198)
       mbm@millerlawgroup.com
2  Mary L. Guilfoyle (SBN 143308)
       mlg@millerlawgroup.com
3  Maureen K. Bogue (SBN 194755)
       mkb@millerlawgroup.com
4  MILLER LAW GROUP
   A Professional Corporation
5  111 Sutter Street, Suite 700
   San Francisco, CA 94104
6  Tel. (415) 464-4300
   Fax (415) 464-4336
7  Attorneys for Defendants
   THE BUCKEYE ROADHOUSE (erroneously
8  sued as "BUCKEYE ROADHOUSE
   RESTAURANT") and BUCKEYE ROADHOUSE, INC.
9

10 Timothy S. Thimesch, Esq. (SBN 148213)
       tim@thimeschlaw.com
11 THIMESCH LAW OFFICES
   158 Hilltop Crescent
12 Walnut Creek, CA 94597
   Tel. (925) 588-0401
13 Fax (888)210-8868
   Attorneys for Plaintiff
14 CRAIG YATES

15

16                 UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18

19
   CRAIG YATES,                          Case No.: CV 10 5283 EMC
20
21          Plaintiff,                   **STIPULATION TO EXTEND TIME FOR
                                         DEFENDANTS THE BUCKEYE
22 v.                                    ROADHOUSE AND BUCKEYE
                                         ROADHOUSE, INC. TO RESPOND TO
23                                       PLAINTIFF'S COMPLAINT** ; ORDER

24 BUCKEYE ROADHOUSE RESTAURANT;
   BUCKEYE ROADHOUSE, INC.;RUDOLPH H.
25 BUSH; AND DOES 1-50, INCLUSIVE,

26                                       Complaint filed:  November 22, 2010
          Defendants.
27

28

                                    1

1         Pursuant to Northern District Local Rule 6-1(a), Plaintiff CRAIG YATES

2 (hereinafter "Plaintiff") and Defendants THE BUCKEYE ROADHOUSE and BUCKEYE

3 ROADHOUSE, INC. (hereinafter jointly "Defendants"), by and through their undersigned

4 attorneys, hereby stipulate and agree to extend the time within which Defendants will

5 answer or otherwise respond to the Complaint up to and including January 5, 2011. This

6 stipulation does not alter any court imposed deadlines.

7

8 Dated: December 13, 2010                  THIMESCH LAW OFFICES

9

10

11                                         By: __/s/_____
                                           Timothy S. Thimesch

12                                            Attorneys for Plaintiff CRAIG YATES

13 Dated: December 13, 2010                  MILLER LAW GROUP

14                                            A Professional Corporation

15

16                                         By: __/s/_____
                                         Maureen K. Bogue

17                                         Attorneys for Defendants

18                                         THE BUCKEYE ROADHOUSE and
                                        BUCKEYE ROADHOUSE, INC.

19

20

21  4843-7075-7896, v. 1

22 IT IS SO ORDERED

23

24 _____
   Edward M. Chen

25    U.S. Magistrate Judge

26

27

28

                                   2

IT IS SO ORDERED

Judge Edward M. Chen