Mary L. Guilfoyle (SBN 143308)
    mlg@millerlawgroup.com
Maureen K. Bogue (SBN 194755)
    mkb@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336
Attorneys for Defendants
THE BUCKEYE ROADHOUSE (erroneously sued as "BUCKEYE ROADHOUSE RESTAURANT"), BUCKEYE ROADHOUSE, INC. and RUDOLPH H. BUSH

Timothy S. Thimesch, Esq. (SBN 148213)
    tim@thimeschlaw.com
THIMESCH LAW OFFICES
158 Hilltop Crescent
Walnut Creek, CA 94597
Tel. (925) 588-0401
Fax (888) 210-8868
Attorneys for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>Plaintiff,<br><br>v.<br><br>BUCKEYE ROADHOUSE RESTAURANT; BUCKEYE ROADHOUSE, INC.; RUDOLPH H. BUSH; AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No.: CV 10 5283 EMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS THE BUCKEYE ROADHOUSE, BUCKEYE ROADHOUSE, INC. AND RUDOLPH H. BUSH TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>Complaint filed: November 22, 2010 |

1

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
Case No.: CV 10 5283 EMC

Pursuant to Northern District Local Rule 6-1(a), Plaintiff CRAIG YATES (hereinafter "Plaintiff") and Defendants THE BUCKEYE ROADHOUSE, BUCKEYE ROADHOUSE, INC. and RUDOLPH H. BUSH (hereinafter jointly "Defendants"), by and through their undersigned attorneys, hereby stipulate and agree to extend the time within which Defendants will answer or otherwise respond to the Complaint up to and including January 21, 2011. This stipulation does not alter any court imposed deadlines.

Dated: December 28, 2010

THIMESCH LAW OFFICES

By: /s/
Timothy S. Thimesch
Attorney for Plaintiff
CRAIG YATES

Dated: December 28, 2010

MILLER LAW GROUP
A Professional Corporation

By: /s/
Maureen K. Bogue
Attorneys for Defendants
THE BUCKEYE ROADHOUSE,
BUCKEYE ROADHOUSE, INC. and
RUDOLPH H. BUSH

**IT IS SO ORDERED.**

IT IS SO ORDERED
Judge Edward M. Chen

2

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
Case No.: CV 10 5283 EMC