Mary L. Guilfoyle (SBN 143308)
mlg@millerlawgroup.com
Maureen K. Bogue (SBN 194755)
mkb@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336
Attorneys for Defendants
THE BUCKEYE ROADHOUSE (erroneously sued as "BUCKEYE ROADHOUSE RESTAURANT"), BUCKEYE ROADHOUSE, INC. and RUDOLPH H. BUSH

Timothy S. Thimesch, Esq. (SBN 148213)
tim@thimeschlaw.com
THIMESCH LAW OFFICES
158 Hilltop Crescent
Walnut Creek, CA 94597
Tel. (925) 588-0401
Fax (888) 210-8868
Attorneys for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>Plaintiff,<br><br>v.<br><br>BUCKEYE ROADHOUSE RESTAURANT; BUCKEYE ROADHOUSE, INC.; RUDOLPH H. BUSH; AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No.: CV 10 5283 EMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS THE BUCKEYE ROADHOUSE, BUCKEYE ROADHOUSE, INC. AND RUDOLPH H. BUSH TO ANSWER PLAINTIFF'S COMPLAINT AND TO EXTEND DEADLINE FOR JOINT SITE INSPECTION; ORDER**<br><br>Complaint filed: November 22, 2010 |

Pursuant to Northern District Local Rule 6-1(a), Plaintiff CRAIG YATES (hereinafter "Plaintiff") and Defendants THE BUCKEYE ROADHOUSE, BUCKEYE ROADHOUSE, INC. and RUDOLPH H. BUSH (hereinafter jointly "Defendants"), by and through their undersigned attorneys, hereby stipulate and agree to extend the time within which Defendants will file an Answer to the Complaint up to and including February 4, 2011. This change does not alter any court imposed deadlines.

Plaintiff and Defendants further stipulate and agree that the deadline for conducting the Joint Site Inspection be extended from March 4, 2011 to March 11, 2011.

Dated: January 20, 2011                THIMESCH LAW OFFICES

                                       By: /s/
                                       Timothy S. Thimesch
                                       Attorney for Plaintiff
                                       CRAIG YATES

Dated: January 20, 2011                MILLER LAW GROUP
                                       A Professional Corporation

                                       By: /s/
                                       Maureen K. Bogue
                                       Attorneys for Defendants
                                       THE BUCKEYE ROADHOUSE,
                                       BUCKEYE ROADHOUSE, INC. and
                                       RUDOLPH H. BUSH

**IT IS SO ORDERED.**

4830-0782-2856, v. 2

IT IS SO ORDERED
Judge Edward M. Chen