**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,

        Plaintiff,

   v.

BUCKEYE ROADHOUSE
RESTAURANT, INC., RUDOLPH H.
BUSH, and DOES 1–50, inclusive,

        Defendants.

_____/

No. C 10-05283 WHA

**ORDER DENYING STIPULATION
TO EXTEND DEADLINES**

     Good cause not shown, the Court **DENIES** the parties' stipulation to continue all deadlines and to vacate the case management conference. The case management conference is moved up to **APRIL 14, 2011, AT 3:00 P.M.** Please file a joint case management statement at least seven days prior.

     **IT IS SO ORDERED.**

Dated: March 31, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE