**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG YATES,<br><br>        Plaintiff,<br><br>  v.<br><br>BUCKEYE ROADHOUSE RESTAURANT; BUCKEYE ROADHOUSE, INC., RUDOLPH H. BUSH; and DOES 1 through 50, Inclusive,<br><br>        Defendants. | No. CV-10-5283 WHA<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANTS BUCKEYE ROADHOUSE, INC., AND RUDOLPH BUSH** |

Pursuant to the notices of substitution, the Clerk shall terminate the Miller Law Group as attorneys of record for defendants Buckeye Roadhouse, Inc., and Rudolph Bush, and place Kurt Franklin and Molly Lee from Hanson Bridgett LLP on the docket as attorneys of record for such defendants.

IT IS SO ORDERED.

DATED: May 11, 2011

                                         Honorable William Alsup
                                         U.S. District Court Judge