IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,

    Plaintiff,

v.

BUCKEYE ROADHOUSE RESTAURANT, BUCKEYE ROADHOUSE, INC., and RUDOLPH H. BUSH,

    Defendants.

No. C 10-05283 WHA

**ORDER DENYING DEFENSE COUNSEL'S REQUEST TO EXTEND EARLY DEPOSITION DEADLINE**

    Good cause not shown, this order **DENIES** defense counsel's request to extend the deadline set in the case management order by which they must depose plaintiff, without prejudice to a later deposition. Defense counsel states that they want more time to "complete their initial investigation of the case and familiarize themselves with the facts and issues," but the point of the depositions that were ordered to occur early on was to aid both sides in this fact-gathering process. Nevertheless, counsel for both sides may have an extra week to facilitate potential scheduling difficulties and so the deadline of June 30 set by the case management order for taking these early depositions is extended to **JULY 7, 2011**.

    **IT IS SO ORDERED.**

Dated: June 17, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE